UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAN PIZAN and LILIA PIZAN,<br><br>                    Plaintifs,<br><br>v.<br><br>HSBC BANK USA, N.A. AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF DECEMBER 1, 2006, FREMONT HOME LOAN TRUST 2006-E, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., QUALITY LOAN SERVICE CORP. OF WASHINGTON,<br><br>                    Defendants. | C11-26Z<br><br>MINUTE ORDER |

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    Plaintiffs having failed to deposit any amount into the Registry of the Court as directed by Order dated July 8, 2011, docket no. 63, plaintiffs are hereby directed to SHOW CAUSE, **on or before February 10, 2012**, why the preliminary injunction imposed by said Order should not be considered EXPIRED and why a trustee's sale of real property commonly known as 7912 Delridge Way, Seattle, WA 98106, may not be scheduled in accordance with the provisions of RCW Chapter 61.24.

MINUTE ORDER - 1

(2) Having reviewed the Joint Status Report submitted by the parties, docket no. 83, the Court declines to enter a scheduling order at this time.[1] The Joint Status Report and the docket both reflect that defendants have filed no answer or responsive motion. The stay of this matter having been lifted by Order dated November 18, 2011, docket no. 79, defendants' answer or responsive motion is long overdue. Unless defendants file, **on or before February 9, 2012**, their respective answers or responsive motions, default will be entered pursuant to Federal Rule of Civil Procedure 55(a).

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to plaintiffs pro se.

Filed and entered this 25th day of January, 2012.

WILLIAM M. McCOOL, Clerk

By  s/ Claudia Hawney
Claudia Hawney
Deputy Clerk

---

[1] According to the Joint Status Report, plaintiffs have indicated a belief that they are not required to comply with Federal Rule of Civil Procedure 26(a) because they are not a corporation. Plaintiffs are mistaken and are hereby DIRECTED to provide to defendants, within thirty (30) days of the date of this Minute Order, all of the information outlined in Federal Rule of Civil Procedure 26(a).

MINUTE ORDER - 2